# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **ELIZABETH R. PINKAS,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **LIBERTY LIFE ASSURANCE** ) <br> **COMPANY OF BOSTON,** ) <br> ) <br> **Defendant.** ) | Civil Action No. 4:17cv00493 |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Elizabeth R. Pinkas and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted,

By: */s/ Jonathan E. Shook*
Jonathan E. Shook, MO Bar #68898
Shook & Johnson, PLLC
7733 Forsyth Blvd, Suite 1100
St. Louis, MO 63105
PH:  (314) 296-6095
FX:  (314) 296-6001
Email:  jshook@shookjohnson.com

ATTORNEYS FOR PLAINTIFF

- AND -

        By:   /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar No. 16452560)
Admitted Pro Hac Vice
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone:  (214) 579-9319
Facsimile:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT